1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

VINCENT AUDELO,                               )     Case No. CV 08-2692-VAP (JWJ)
                        Petitioner,            )            JUDGMENT
                                               )
        vs.                                    )
                                               )
M. EVANS, Warden,                              )
                                               )
                        Respondent.            )
_____               )

        Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

        IT IS ADJUDGED that Judgment be entered dismissing the instant Petition for Writ of Habeas Corpus with prejudice as barred by the statute of limitations.


DATED:   January 29, 2009

                                        _____
                                        VIRGINIA A. PHILLIPS
                                        United States District Judge